**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| R.M.S., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-00071 (WLS-ALS) |
| | : | |
| Warden, IRWIN DETENTION | : | |
| CENTER, *et al.,* | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER

Before the Court is Petitioner's Motion to Dismiss (Doc. 6), filed on April 27, 2026. Therein, Petitioner moves to dismiss the above-captioned action, explaining that a bond hearing was conducted on April 2, 2026, pursuant to the Court's previous Order (Doc. 3). The Court construes Petitioner's Motion as a notice of dismissal.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a petitioner may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Respondents having filed neither an answer nor a motion for summary judgment, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

For the purpose of completing the record, the Court acknowledges and accepts Petitioner's Motion (Doc. 6), construed as a notice of dismissal. Therefore, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED,** without prejudice. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 4th day of May 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1